UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>In re: Richard Louis Adam, Jr.</u>

Case No. 12-mc-02-DL

<u>O R D E R</u>

Motion for court appointed counsel denied. Although difficult to determine from the content of the filing, the petitioner asserts no legal matter over which this court has jurisdiction and no authority exists by which this court can appoint counsel to represent him on the matters outlined in his petition.

SO ORDERED.

January 18, 2012                               /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                United States Magistrate Judge

cc:     Richard Louis Adam, Jr., pro se