# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>In re:   Richard Louis Adam, Jr.</u>

                                         Case No. 12-mc-02-DL

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      The attachments to the complaint in the above-captioned case contain one or more personal identifiers.   Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the attachments to the complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachments to the complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2 (c).

      **SO ORDERED**.

                                          /s/ Daniel J. Lynch
                                          Daniel J. Lynch
                                          United States Magistrate Judge

Date:   January 18, 2012

cc:   Richard Louis Adam, Jr.